Decided October 4, 1990

STATE OF CONNECTICUT *v.* JOHN SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 683, is granted, limited to the following issue:

"May the defendant belatedly raise the constitutionality of General Statutes § 53a-167b? Is the statute constitutional?"

*Denise Bevza,* special public defender, in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided October 4, 1990